UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-60312
_____


PATRICIA FREEMAN, Individually and as
Guardian of Victor Freeman, a minor, and
as Administratrix of the Estate of
Jacqueline Freeman,

                                        Plaintiff-Appellant,

                    versus

BILOXI REGIONAL MEDICAL CENTER, INC.;
BILOXI HMA, INC., d/b/a Biloxi Regional
Medical Center, Inc.,

                                        Defendants,

        and

NOEL JOHNSON, M.D.; BILOXI
OB/GYN CLINIC, P.A.,

                                        Defendants-Appellees.

_____

        Appeal from the United States District Court for the
                Southern District of Mississippi
                        (1:93cv158BrR)
_____

                        April 9, 1996


Before REAVLEY, GARWOOD and JOLLY, Circuit Judges.

PER CURIAM:[*]

_____

        [*]Pursuant to Local Rule 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

After considering the briefs and argument of counsel and relevant portions of the record, we conclude that this appeal presents no reversible error.  The district court did not err in refusing plaintiff's requested jury instruction number 15 as it was an incorrect statement of the law, as the trial court informed plaintiff's counsel.  *See Hunnicutt v. Wright*, 986 F.2d 119 (5th Cir. 1993).  We reject plaintiff's complaint on appeal that the court erred by failing to give any instruction on this subject matter.  Plaintiff failed to adequately preserve this point for appeal; moreover, it does not appear that the evidence warranted such an instruction.  Plaintiff's remaining points are without merit and do not warrant discussion.

AFFIRMED